UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESHKO PRODUCE SERVICES, INC., | No. 2:15-cv-00234-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| A.L.L. GROUPS, INC., a California corporation d/b/a VIC'S DISCOUNT MARKET and d/b/a VIC'S MARKET, and ASHWANI KUMAR MAYER, an individual, | |
| Defendants. | |

On November 17, 2015, the court ordered, in relevant parts, that plaintiff Freshko Produce Services, Inc. (Freshko) file a status report within ninety (90) days of the order to advise the court of the status of defendants' bankruptcy filings. Ninety days has passed but as of the date of this order, Freshko has yet to file a status report. Freshko is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to follow this court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See also Link v. Wabash R. Co.*, 370 U.S. 626, 631–33 (1962) (a district court may dismiss a complaint for failure to prosecute sua sponte).

IT IS SO ORDERED.

DATED: August 22, 2016

_____
UNITED STATES DISTRICT JUDGE